IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-2062-EWN-CBS

JOHN GENTILE, D.D.S., and
JOHN GENTILE, D.M.D, P.C., a North Dakota Professional
Corporation, d/b/a Skyview Orthodontics, P.C.,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF NORTH DAKOTA, INC., a
Delaware Corporation,
ORTHODONTIC CENTERS OF COLORADO, INC., a
Delaware Corporation,
ORTHODONTIC CENTERS OF AMERICA, INC., a
Delaware corporation, and
JIM McDERMOTT ,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October __21__, 2005


    It is ORDERED that Plaintiff's Motion To Withdraw Verified Emergency Motion For Temporary Restraining Order is granted, and said Motion is withdrawn.  It is

    FURTHER ORDERED that the hearing previously set for October 21, 2005, at 2:00 p.m. is vacated.