IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-02062–EWN

JOHN GENTILE, D.D.S., and
JOHN GENTILE, D.M.D., P.C.,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF NORTH
DAKOTA, INC.,
ORTHODONTIC CENTERS OF
COLORADO, INC.,
ORTHODONTIC CENTERS OF
AMERICA, INC., and
JIM MCDERMOTT,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Plaintiffs' "Motion for Default Judgment" filed November 10, 2005, is DENIED.

Dated: November 15, 2005