IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05–cv–02062–EWN–CBS

JOHN GENTILE, D.D.S., and
JOHN GENTILE, D.M.D., P.C., a North Dakota Professional Corporation,
d/b/a Skyview Orthodontics, P.C.,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF NORTH DAKOTA, INC.,
a Delaware corporation,
ORTHODONTIC CENTERS OF COLORADO, INC.,
a Delaware corporation,
ORTHODONTIC CENTERS OF AMERICA, INC.,
a Delaware corporation, and
JIM McDERMOTT,

    Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court are two Motions to Withdraw filed by Donald I.J. Kelso (*doc. no. 25*) and David Steefel (*doc. no 34*) both of Holme Roberts & Owen LLP.

IT IS HEREBY ORDERED that both motions are **GRANTED**.

Attorneys Kelso and Steefel are relieved of any further representation of Defendants in the above captioned matter. Accordingly, the Clerk's office is instructed to remove them from the electronic certificate of mailing.

IT IS FURTHER ORDERED that a telephonic status conference, as to Plaintiffs and Defendant McDermott, has been set for **May 16, 2006, at 8:30 a.m. (Mountain Time)**.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one</u> <u>complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**     May 4, 2006