IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–2062–EWN–CBS

JOHN GENTILE, D.D.S., and
JOHN GENTILE, D.M.D., P.C., a North Dakota Professional Corporation, d/b/a
Skyview Orthodontics, P.C.,

    Plaintiff,

v.

ORTHODONTIC CENTERS OF NORTH DAKOTA, INC., a Delaware corporation,
ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware corporation, and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

    Defendants.

---

**ORDER**

---

This case comes before the court on a motion to transfer (#42) filed by Defendants on August 4, 2006. The motion has been briefed to death. The most helpful aspect of the briefing is the order of United States Bankruptcy Judge Jerry A. Brown of the United States Bankruptcy Court for the Eastern District of Louisiana, the judge before whom this case would end up if this court were to grant the motion to transfer. Bankruptcy Judge Brown has granted Plaintiffs here (and Plaintiffs in other litigation) relief from the statutory automatic stay for the purpose of litigating the issue of whether the contracts which are central to this litigation are void *ab initio* under applicable state law. Plaintiffs here thus propose to litigate that question in this case. The

court agrees with Judge Brown's sensible conclusion that a federal district court sitting in Colorado is in a better position to adjudicate this issue than a bankruptcy court in Louisiana. Accordingly, it is

ORDERED that the motion to transfer be DENIED.

Dated this 25th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge