IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02062-EWN-KLM

JOHN GENTILE, D.D.S., and
JOHN GENTILE, D.M.D., P.C.,

    Plaintiff(s),

v.

ORTHODONTIC CENTERS OF NORTH DAKOTA, INC.,
ORTHODONTIC CENTERS OF COLORADO, INC.,
ORTHODONTIC CENTERS OF AMERICA, INC.,   and
JIM MCDERMOTT,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on **Defendants' Motion for Leave to Amend Counterclaims** [Docket No. 80; filed October 5, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants' Amended Counterclaims are accepted for filing as of the date of this order.

    Dated:  November 6, 2007