IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05-cv-02062-EWN-KLM

JOHN GENTILE, D.D.S., and JOHN GENTILE, D.M.D., P.C., a North Dakota Professional Corporation, d/b/a Skyview Orthodontics, P.C.

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF AMERICA, INC., et al

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT PAYMENT**

---

THE COURT, having considered the parties' **Stipulation for Dismissal with Prejudice and without Payment,** hereby **ORDERS**,

That all of Plaintiffs' claims that were or could have been asserted against Defendants and all of Defendants' counterclaims that were or could have been asserted against Plaintiffs in the above-titled action are **DISMISSED WITH PREJUDICE** and without payment**.** Each party shall pay their own costs and attorneys' fees.

Dated this 22nd day of April, 2008.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        Chief United States District Judge